**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00800-CV

**SUSAN E. HARRIMAN, Appellant**

**V.**

**MILDRED V. EHRENBERG, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11994**

## ORDER

Before the Court is appellant's August 15, 2018 motion for an extension of time to file a

brief. We **GRANT** the motion and extend the time to **August 31, 2018**.

/s/    ADA BROWN
        JUSTICE